IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATE OF GEORGIA

v.

CATHLEEN A. LATHAM *et seq.*

Defendants.

Case Number:
**1:23-cv-03803**

## CERTIFICATE OF SERVICE

Defendant Cathleen A. Latham hereby certifies that she has served the persons listed below on this 1st day of September 2023, with copies of Defendant's Notice of Removal of State Court Action to Federal Court and request for Habeas Corpus or Equitable Relief by sending the document to the recipients via United States mail, postage prepaid.

> Chris Carr
> Georgia Attorney General
> Office of the Attorney General
> 47 Trinity Street, S.W.
> Atlanta, Ga. 30334

> Fani T. Willis, District Attorney
> Grant H. Rood, Assistant District Attorney
> Fulton County District Attorney's Office
> 3rd Floor
> 136 Pryor Street
> Atlanta, Ga. 30303

1

Respectfully submitted this 1st day of September, 2023.

*/s/William Grant Cromwell*
William Grant Cromwell
State Bar of Georgia # 197240
CROMWELL LAW, LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Phone: (678) 384-5626
Email: bcromwell@cartercromwell.com

*Counsel for Mrs. Cathleen A. Latham*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 1st day of September, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on the following attorneys of record:

Chris Carr
Georgia Attorney General
Office of the Attorney General
47 Trinity Street, S.W.
Atlanta, Ga. 30334


Fani T. Willis, District Attorney
Grant H. Rood, Assistant District Attorney
Fulton County District Attorney's Office
3rd Floor
136 Pryor Street
Atlanta, Ga.  30303


/s/*William Grant Cromwell*
William Grant Cromwell
State Bar of Georgia # 197240
CROMWELL LAW, LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Phone: (678) 384-5626
Email: bcromwell@cartercromwell.com

*Counsel for Mrs. Cathleen A. Latham*

3