AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| THE STATE OF GEORGIA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-03803-SCJ |
| CATHLEEN A. LATHAM | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA.

Date:  09/01/2023

/s/ John E. Floyd
*Attorney's signature*

John E. Floyd Ga Bar No. 266413
*Printed name and bar number*

1201 W. Peachtree St., NW, Suite 3900
Atlanta, Georgia 30309

*Address*

floyd@bmelaw.com
*E-mail address*

(404) 881-4100
*Telephone number*

*FAX number*