# Exhibit 5

```
                                                                    1

 1                     UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
 2                           ATLANTA DIVISION

 3

 4  THE STATE OF GEORGIA,            )
                                     )
 5                PLAINTIFF,         )
                                     )         DOCKET NO:
 6                                   )    1:23-CV-03621-SCJ
                                     )
 7         -VS-                      )
                                     )
 8  MARK RANDALL MEADOWS,            )
                                     )
 9                DEFENDANT.         )
    _____
10
                 TRANSCRIPT OF EVIDENTIARY PROCEEDINGS
11               BEFORE THE HONORABLE STEVE C. JONES
                     UNITED STATES DISTRICT JUDGE
12                     MONDAY, AUGUST 28, 2023

13  APPEARANCES:

14  ON BEHALF OF THE PLAINTIFF:

15    ADAM NEY, ESQ.
      ANNA GREEN CROSS, ESQ.
16    DAYSHA D'ANYA YOUNG, ESQ.
      FRANCIS MC DONALD WAKEFORD, IV, ESQ.
17    JOHN WOOTEN, ESQ.
      NATHAN J. WADE, ESQ.
18
    ON BEHALF OF THE DEFENDANT:
19
      GEORGE J. TERWILLIGER, III, ESQ.
20    JOHN S. MORAN, ESQ.
      JOSEPH MATTHEW ENGLERT, ESQ.
21    MICHAEL LEE FRANCISCO, ESQ.
      EMILY ERB KELLEY, ESQ.
22    FRANCIS J. AUL, ESQ.

23         VIOLA S. ZBOROWSKI, RDR, FAPR, CMR, CRR, RPR, CRC
        OFFICIAL COURT REPORTER TO THE HONORABLE STEVE C. JONES
24                    UNITED STATES DISTRICT COURT
                          ATLANTA, GEORGIA
25                         404-215-1479
                   VIOLA_ZBOROWSKI@GAND.USCOURTS.GOV
```

1  I N D E X

2

3  WITNESSES:                                          PAGE:

4  MARK RANDALL MEADOWS

5           DIRECT EXAMINATION........................  9
            CROSS-EXAMINATION......................... 55
6           REDIRECT EXAMINATION......................147

7  KURT ROBERT HILBERT

8           DIRECT EXAMINATION........................161
            CROSS-EXAMINATION.........................183
9

10 BRAD RAFFENSPERGER

11          DIRECT EXAMINATION........................186
            CROSS-EXAMINATION.........................215
12          REDIRECT EXAMINATION......................222

13

14                          - - - - -

15

16

17

18

19

20

21

22

23

24

25

1  the governor would certify them.
2  **Q.**   But as you as the Secretary of State are administering
3  elections and preparing to certify an election, is there
4  anyone in the federal government that you coordinate that
5  action with?
6  **A.**   No.
7  **Q.**   Is there anyone in the federal government that you
8  consult about the appropriateness of certifying any specific
9  election?
10 **A.**   No.
11 **Q.**   Anyone in the executive branch -- that's a slightly
12 different question.
13      Anyone in the executive branch that you consult with in
14 the administration or certification of the election results in
15 Georgia?
16 **A.**   No.
17 **Q.**   What about the President of the United States, does the
18 President of the United States at any given time have any role
19 in the administration of the election activity administration
20 in Georgia?
21 **A.**   Not from my understanding.
22 **Q.**   Does the President of the United States have any role
23 in the certification of the Georgia elections in your
24 understanding as the Secretary of State?
25 **A.**   No.