AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| The State of Georgia | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-03803-SCJ |
| Cathleen Alston Latham | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Georgia.

Date: 09/15/2023

/s/ F. McDonald Wakeford
*Attorney's signature*

F. McDonald Wakeford 414898
*Printed name and bar number*
136 Pryor St SW
Atlanta, GA 30303

*Address*

fmcdonald.wakeford@fultoncountyga.gov
*E-mail address*

(404) 612-3253
*Telephone number*

*FAX number*