## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **STATE OF GEORGIA** | **Case Number:** |
| v. | 1:23-CV-03803-SCJ |
| **CATHLEEN A. LATHAM** *et seq.* | |
| Defendants. | |

### DEFENDANT'S AMENDED NOTICE OF WAIVER OF RIGHT TO BE PRESENT AT EVIDENTIARY HEARING SET FOR SEPTEMBER 20, 2023

Defendant Cathleen Latham, through the undersigned counsel, hereby Amends her Notice of Waiver of Right to Be Present At Evidentiary Hearing Set for September 20, 2023 filed September 18, 2023 by affixing her signature to the subject Waiver below and hereby notifies the Court and the parties that Defendant knowingly and voluntarily waives her right to be personally present for the Court's hearing on Defendant's Notice of Removal of State Court Action to Federal Court and Request for Habeas or Equitable Relief, Doc. # 1, set for Wednesday, September 20, 2023, Doc. # 4. Defendant understands that she possesses a right to be present at any stage of the proceedings at which witnesses are to be questioned, and Defendant freely and voluntarily waives that right. Defendant requests that the Court proceed during her absence, and agrees that her

interests will be deemed represented at the hearing by the presence of her attorney the same as if Defendant herself was personally present in Court.

Respectfully submitted, this 18th day of September, 2023.

Acknowledged and agreed to this 18th day of September, 2023.

*(signature)*
CATHLEEN LATHAM

CROMWELL LAW, LLC

*/s/William Grant Cromwell*
William Grant Cromwell
State Bar of Georgia # 197240
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Phone: (678) 384-5626
Email: bcromwell@cartercromwell.com

*Counsel for Mrs. Cathleen A. Latham*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>CATHLEEN A. LATHAM *et seq.*<br><br>Defendants. | Case Number:<br><br>1:23-CV-03803-SCJ |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies, pursuant to LCivR 7.1(D), that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in LCivR 5.1(B).

CROMWELL LAW, LLC

*/s/William Grant Cromwell*
William Grant Cromwell
State Bar of Georgia # 197240
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Phone: (678) 384-5626
bcromwell@cartercromwell.com

*Counsel for Mrs. Cathleen A. Latham*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA | Case Number: |
| v. | 1:23-CV-03803-SCJ |
| CATHLEEN A. LATHAM *et seq.* | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she, this 18th day of September, 2023, the undersigned served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system, which will automatically serve notice of such filing on all attorneys of record.

CROMWELL LAW, LLC

*/S/ William G. Cromwell*
WILLIAM G. CROMWELL
State Bar of Georgia # 197240
400 Galleria Parkway, Suite 1920
Atlanta, Georgia 30339
Phone: (678) 384-5626
Email: bcromwell@cartercromwell.com
Counsel for Mrs. Cathleen A. Latham