IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>CATHLEEN LATHAM,<br><br>Defendant. | Case Number:<br><br>1:23-cv-03803-SCJ |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Cathleen Latham appeals to the U.S. Court of Appeals for the Eleventh Circuit from the Order, Dkt. No. 26, issued by Judge Steve C. Jones on September 29, 2023.

Respectfully submitted, this 6th day of October, 2023.

/s/William Grant Cromwell
William Grant Cromwell
State Bar of Georgia # 197240
CARTER CROMWELL LAW GROUP
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Phone: (706) 438-4225
Email: bcromwell@cartercromwell.com

Counsel for Defendant Cathleen Latham

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA | Case Number: |
| v. | 1:23-cv-03803-SCJ |
| CATHLEEN LATHAM, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing Notice of Appeal was filed electronically with the U.S. District Court for the Northern District of Georgia through the Court's ECF system, which will send notice of this filing to all counsel of record.

This the 6th day of October, 2023.

/s/William Grant Cromwell
William Grant Cromwell
State Bar of Georgia # 197240
CARTER CROMWELL LAW GROUP
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Phone: (706) 438-4225
Email: bcromwell@cartercromwell.com